**DENIED and Opinion Filed April 30, 2024**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00502-CV

**IN RE PRIME INCOME ASSET MANAGEMENT, LLC, PRIME INCOME ASSET MANAGEMENT, INC., PILLAR INCOME ASSET MANAGEMENT, INC., AND BRADFORD PHILLIPS, Relators**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17668**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court are relators' April 30, 2024 petition for writ of mandamus and motion for emergency relief. Relators challenge the trial court's April 26, 2024 Order Granting Plaintiffs' Renewed Motion to Disburse Funds From Registry of Court (the April 26, 2024 Order).

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relators bear the burden of providing the Court with a record sufficient to show they are entitled to relief. *Walker v. Packer*, 827 S.W.2d 833,

837 (Tex. 1992) (orig. proceeding). Relators were required to file with their petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding." TEX. R. APP. P. 52.3(k)(1)(A).

Here, the April 26, 2024 Order rules on a "Renewed Motion to Disburse Funds from the Registry of the Court." Relators omitted from their mandamus record a copy of the referenced motion, including any associated responses or replies, if any. The motion, including any associated responses or replies, if any, are relevant and material to relators' request for mandamus relief. Thus, we conclude relators failed to meet their burden to provide a sufficient record.

In any event, based on our review of the petition and record before us, we conclude relators failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We further deny relators' emergency motion as moot.

24502f.p05

/Bill Pedersen, III/
_____
BILL PEDERSEN, III
JUSTICE

Smith, J., would grant a stay and request a response.